UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MARIE ZIELKE,

    Plaintiff,

Case No.: 1:13-cv-1123

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Hugh W. Brenneman, Jr. in this action (ECF No. 26).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act (ECF No. 16) is **GRANTED in part**.  Judgment shall enter in plaintiff's favor in the amount of $3,760.00.

Dated:  May 6, 2015                                                                        /s/ Paul L. Maloney
                                                                                         Paul L. Maloney
                                                                                         United States District Judge