UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA MARIE ZIELKE,

    Plaintiff,

v.

          Case No. 1:13-cv-1123

          HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

**JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,760.00.

Date:  May 6, 2015                      /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District